**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Larry C. WELDON, Defendant–**
**Appellant.**

No. 02–1286.

United States Court of Appeals,
Fourth Circuit.

Submitted April 25, 2002.

Decided May 6, 2002.

Larry C. Weldon, Appellant Pro Se. Annette Marie Wietecha, Lawrence P. Blaskopf, United States Department of Justice, Washington, D.C., for Appellee.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Larry C. Weldon appeals the district court's order granting summary judgment to the United States on its action seeking to reduce to judgment tax assessments made for years 1982, 1983, 1984, 1986, 1989, and 1990. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Weldon,* No. CA–00–21–2–BO(2), 2002 WL 442267 (E.D.N.C. Feb. 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*